# THE CIRCUIT COURT OF THE 13TH JUDICIAL CIRCUIT
## OF THE STATE OF FLORIDA IN AND FOR HILLSBOROUGH COUNTY
### CIVIL DIVISION

CASE NO: 12-CA-4171
DIVISION: H

Neil Starace and Gloria Starace
    Plaintiff(s)

vs

Averitt Express Inc., a Foreign
for Profit Corporation,
    Defendant(s)

**AFFIDAVIT OF SERVICE**

RECEIPT OF FILING
3-26-12 MA
CLERK OF CIRCUIT COURT

**TYPE OF SERVICE:** SUMMONS AND COMPLAINT.

I, _Michael Nolan_, do hereby swear, deposes and says;
1. I am over the age of eighteen (18).
2. I am not a party to the within action or proceeding.
3. I received this process on _3-21-_, 2012, and (Served) or (Attempted to Serve) the same on, Averitt Express Inc., Agent: NRAI Services, Inc, on _3-22_ 2012, at _9:40_ (AM)/PM at the following address, 515 E. Park Avenue, Tallahassee, FL 32301.

(X) CORPORATE SERVICE was made by serving a true copy of this process with the date and time of service endorsed thereon by me to _Katie Wansch_ as, _Auth. Representative_ authorize to accept this process, at the address listed above.

( ) INDIVIDUAL SERVICE was made by delivering a true copy of this process to the within named _____, with the date and time endorsed thereon by me at the address described herein.

( ) SUBSTITUTE SERVICE was made by delivering a true copy of this process with the date and time endorsed thereon by me at the address described herein, to _____, as _____, who is over the age of 15 and resides at the within usual place of abode.

( ) SERVICE BY ACCEPTANCE was made by delivering a true copy of this process to the designated administrative employee who is authorized to accept such process, _____, as, _____, personally, with the date and time of service endorsed thereon by me, at the address described above.

NON SERVICE was made due to the following reason(s), _____

REMARKS: _____

Under penalties of perjury, I declare that I have read the foregoing affidavit of service and that the facts stated in it are true, sworn on this day _3-22_, 2012, Florida Statute 92.525 (2).

D & T Associates
Private Investigations &
Certified Process Services
P. O. Box 490
Lithia, FL 33547-0490

_Michael Nolan_ Certified Process Server
Process Server No: _111_

**FILE COPY**