IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA IN AND FOR HILLSBOROUGH COUNTY
CIVIL DIVISION

NEIL STARACE AND
GLORIA STARACE
    Plaintiff(s)

vs.

Case: 12-CA-4171
DIV H

AVERITT EXPRESS INC., a Foreign
For Profit Corporation .
    Defendant(s)

_____/

## COMPLAINT

Plaintiffs, NEIL STARACE and GLORIA STARACE, husband and wife, by and through the undersigned attorney, hereby sues the Defendant AVERITT EXPRESS INC., a Foreign corporation, and alleges as follows:

1. This is an action for damages that exceeds Fifteen Thousand Dollars ($15,000.00).

2. At all times material hereto, Plaintiffs Mr. Neil Starace and Mrs. Gloria Starace have resided at 6705 Cromwell Garden Drive, Apollo Beach, Hillsborough County, Florida 33572.

3. At all times material hereto, Defendant AVERITT EXPRESS INC, (hereinafter referred to as "AVERITT"), was a Foreign corporation, duly registered to do business in the State of Florida and having offices at 6622 East Hillsborough Avenue, Tampa, Florida 33610.

4. Venue and jurisdiction is proper in Hillsborough County, Florida because all parties and treating physicians reside or have offices in Hillsborough County, Florida.

## FACTS GIVING RISE TO CLAIM

5. Plaintiffs re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 4 and further says:

1

6. On October 6, 2010 on or about 5:15PM Gloria Starace was the restrained driver of a vehicle heading southbound on Highway I-95, at the mile marker #131 in the Commonwealth of Virginia. Southbound traffic was heavy and moving slowly.

7. Mr. Neil Starace was a passenger in the vehicle driven by Gloria Starace.

8. An Averitt Express Inc. owned semi-tractor trailer vehicle driven by Mr. John Andrew Dunn, Jr. failed to observe and keep a safe distance of the moving traffic ahead of him and collided into the back of the vehicle in which Mr. and Mrs. Starace were riding.

9. Mr. Dunn failed to keep the necessary stopping distance and/or was distracted when his vehicle collided into the rear end of the Starace's vehicle.

10. Virginia State Trooper J. Liston responded to the scene.

11. The crash caused over $6,000 worth of damages to the Starace's vehicle.

12. Plaintiff Gloria Starace suffered severe injuries as a result of the crash.

13. Plaintiff Neil Starace suffered severe injuries as a result of the crash.

## COUNT I
## CLAIM AGAINST DEFENDANT AVERITT EXPRESS INC.
## (VICARIOUS LIABILITY)

14. Plaintiff re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 14 and further says:

15. Defendant AVERITT EXPRESS INC., through its agent, servant, and/or employee, acting in the course and scope of his employment was negligent in being vicariously liable for the certain negligent acts of the Driver John Andrew Dunn Jr.

16. As a direct and proximate result of the negligent, careless and wrongful acts of the Defendant, AVERITT EXPRESS INC., through its agent, servant, and/or employee, Defendant John Andrew Dunn Jr., whom was acting in the course and scope of his employment, Plaintiffs

Neil and Gloria Starace suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future. Plaintiff's automobile was damaged and they lost the use of it during the period required for its repair or replacement.

WHEREFORE, Plaintiff requests judgment against Defendant AVERITT EXPRESS INC. for damages in an amount which exceeds the jurisdictional requirements of this Court, plus interest and costs; and such further relief as the Court deems proper.

### DEMAND FOR TRIAL BY JURY

The Plaintiffs demand judgment for damages in excess of $15,000.00 exclusive of interest and costs against the Defendants and further demands a trial by jury on all issues triable as a matter of right by jury.

Dated this 14 day of March, 2012.

Rolando J. Santiago, Esq.
Florida Bar #: 0557471
RJS LAW GROUP
240 Apollo Beach Blvd.
Apollo Beach, FL 33572
Telephone: (813) 641-0010
Facsimile: (813) 641-0022
Counsel for Plaintiffs

Johann Valois Shoffstall Esq.
235 Apollo Beach Boulevard, #314
Apollo Beach, Florida 33572
(Telephone) 813-228-6866
(Facsimile) 813-228-7738
Co-Counsel for Plaintiffs